IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JASON BENNETT, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 1:14-cv-00129 |
| | * |
| LIFE ALERT EMERGENCY | * |
| RESPONSE, INC., | * |
| | * |
| Defendant. | * |

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Jason Bennett and Defendant Life Alert Emergency Response, Inc., hereby jointly stipulate to the dismissal of this case without prejudice, each of them to bear their own costs.  A proposed order is being submitted contemporaneously herewith.

Respectfully submitted,

s/ Kenneth J. Riemer (w/ permission)
One of the Attorneys for Plaintiff
Underwood & Riemer
166 Government Street
Mobile, Alabama 36602
(251) 432-9212
kjr@alaconsumerlaw.com

s/ John R. Cox (w/ permission)
One of the Attorneys for Plaintiff
JRC Legal
9786-A Timber Circle
Spanish Fort, Alabama 36527
(251) 517-4753
jrc@jrcoxlaw.com

s/Sara Anne Ford
Attorney for Defendant
LIGHTFOOT, FRANKLIN & WHITE
400 20th Street North
Birmingham, Alabama  35203
(205) 581-0782
sford@lightfootlaw.com

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JASON BENNETT | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:14-cv-00129 |
| | * | |
| LIFE ALERT EMERGENCY RESPONSE, INC., | * | |
| | * | |
| | * | |
| Defendant. | * | |

## ORDER OF DISMISSAL

Plaintiff Jason Bennett and Defendant Life Alert Emergency Response, Inc. having stipulated hereto, this action is hereby dismissed without prejudice, each party to bear their own costs.

DONE this _____ day of _____, 2014.

_____
U.S. MAGISTRATE JUDGE